IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEWART WAterhouse, | CIVIL NO. 14-00144 SOM/KSC |
| Plaintiff, | ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DISMISS THE COMPLAINT AND DENY AS MOOT THE APPLICATION TO PROCEED IN FORMA PAUPERIS |
| vs. | |
| CUFI CHURCH ASSOCIATION, INC., also known as Christians United for Israel, also known as CUFI; TWITTER INC.; JOHN HAGEE, DAVID CERULLO; JAMES MAROCCO, | |
| Defendants. | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on March 25, 2014 and served on all parties on March 25, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(c) and Local Rule 74.2, the "Magistrate Judge's Findings and Recommendation To Dismiss the Complaint and Deny as Moot the Application to Proceed In Forma Pauperis" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 11, 2014.



 /s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Stewart Waterhouse v. CUFI Church Association, Inc., et al., Civ. No. 14-00144 SOM/KSC

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DISMISS THE COMPLAINT AND DENY AS MOOT THE APPLICATION TO PROCEED IN FORMA PAUPERIS